UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RONNIE WILLIAMS, | ) | NO. CV 06-1337 VBF (FFM) |
| Petitioner, | ) | ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) | |
| M. MONTEIRO, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered denying and dismissing the Petition without prejudice

DATED:  June 8, 2009

_/s/ Valerie Baker Fairbank_
VALERIE BAKER FAIRBANK
United States District Judge