UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RONNIE WILLIAMS,<br><br>    Petitioner,<br><br>    v.<br><br>M. MONTEIRO,<br><br>    Respondent. | NO. CV 06-1337 VBF (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: June 8, 2009

*Valerie Baker Fairbank*
VALERIE BAKER FAIRBANK
United States District Judge